FILED

AUG 23 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMTRUST NORTH AMERICA, INC. and TECHNOLOGY INSURANCE COMPANY, INC., <br><br> Defendants. | MC 16-10-BLG-SPW <br><br> ORDER |

Upon Stipulation between the parties hereto (Doc. 22), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISCONTINUED and DISMISSED with prejudice.

DATED this 22nd day of August, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1